**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF OHIO EASTERN DIVISION**

| | |
|---|---|
| **Colt's Manufacturing Company LLC** : <br> **547 New Park Avenue** : <br> **West Hartford, Connecticut 06110-1336,** : <br> : <br> Plaintiff, : <br> : <br> vs. : <br> : <br> **AcuSport Corporation** : <br> **Attn: Estil Hoskins, Statutory Agent** : <br> **One Hunter Place** : <br> **Bellefontaine, Ohio 43311-3001,** : <br> : <br> Defendant. : | Case No.: 2:18-cv-247 <br><br> Judge: |

**COMPLAINT**

NOW COMES PLAINTIFF, Colt's Manufacturing Company LLC, ("Colt's") and for its complaint against Defendant, AcuSport Corporation ("AcuSport") hereby states:

**PARTIES, JURISDICTION AND VENUE**

1. Plaintiff is a Delaware limited liability corporation with two members and its principal place of business in Connecticut. Colt Defense, LLC, ("Colt Defense), a Delaware limited liability company, is one of Colt's two members holding a 95% interest. Colt's Defense's sole member is CDH II Holdco Inc., which is a holding company incorporated in Delaware, and has its principal place of business in Connecticut. New Colt Holding Corp. is the other member of Colt and holds a 5% interest. New Colt Holding Corp. is a holding company incorporated in Delaware and has its principal place of business in Connecticut.

2. Defendant AcuSport is an Ohio corporation with its principal place of business in Bellefontaine, Logan County, Ohio.

3.     The amount in controversy in this matter exceeds $75,000.00, and this matter is otherwise within the jurisdiction of this Court pursuant to 28 U.S.C. § 1332(a).

4.     A substantial part, if not all of the events giving rise to the claims in this matter occurred in Logan County, Ohio, rendering venue proper in this Court pursuant to 28 U.S.C. § 1391(b).

## FACTS

5.     Defendant AcuSport is a distributor of shooting and outdoor sporting products in Bellefontaine, Ohio.

6.     Since at least January 1, 2016, Defendant AcuSport has purchased firearms from Colt's for resale. Pursuant to Purchase Orders issued by Defendant AcuSport (the "Purchase Orders"), it contracted to purchase, and did purchase firearms from Colt's. True and accurate copies of the Purchase Orders and related unpaid invoices are attached hereto as Exhibit A and incorporated herein by reference.

7.     Under the terms of the Purchase Orders, Plaintiff was entitled to payment from Defendant AcuSport within 30 days.

8.     Under the terms of the Purchase Orders, overdue invoice amounts are subject to interest of one and one half percent (1½ %) per month or at the highest rate allowed by law, whichever is less, with the exception of Purchase Order #00243282 whereby overdue invoice amounts are subject to interest of two percent (2%) per month or at the highest rate allowable by law, whichever is less.

9.     As agreed, Plaintiff provided the firearms to Defendant AcuSport.

10.    Despite numerous invoices and repeated requests for payment, Defendant AcuSport has refused to pay Plaintiff for the firearms pursuant to the Purchase Orders totaling

$723,009.06, plus interest at a rate of one and one half percent (1½ %) per month on the overdue invoices and interest at a rate of two percent (2%) per month on the overdue invoices for Purchase Order #00243282. A true and accurate copy of the purchase order account summary attached hereto as <u>Exhibit B</u> and incorporated herein by reference.

## COUNT ONE - BREACH OF CONTRACT

11.    Plaintiff incorporates by reference paragraphs 1 through 10 as if fully set forth herein.

12.    Plaintiff and Defendant AcuSport are parties to a valid and binding contract.

13.    Plaintiff performed its obligations under the contract as set forth in the Purchase Orders.

14.    Defendant AcuSport breached its obligations under the contract by, without limitation, failing to pay Plaintiff amounts due for the Purchase Orders.

15.    As direct and proximate result of Defendant AcuSport's breach of the contract, pursuant to the purchase order account summary, Plaintiff incurred damages in the amount of $723,009.06, plus interest at a rate of one and one half percent (1½ %) per month on the overdue invoices and interest at a rate of two percent (2%) per month on the overdue invoices for Purchase Order #00243282.

## COUNT TWO - COMPLAINT ON ACCOUNT

16.    Plaintiff incorporates by reference paragraphs 1 through 15 as if fully set forth herein.

17.    Beginning with purchase orders dated January 5, 2017 through purchase orders dated January 23, 2018, Defendant AcuSport has failed to remit the balance due in the total amount of $725,009.06, plus interest at a rate of one and one half percent (1½ %) per month on

the overdue invoices and interest at a rate of two percent (2%) per month on the overdue invoices for Purchase Order #00243282.

18. Plaintiff has demanded payment of this account balance, but Defendant AcuSport has refused to remit payment.

## COUNT THREE - UNJUST ENRICHMENT

19. Plaintiff incorporates by reference paragraphs 1 through 18 as if fully set forth herein.

20. Defendant AcuSport has been unjustly enriched at Plaintiff's expense and to Plaintiff's detriment by failing to pay Plaintiff for the firearms provided to Defendant AcuSport.

21. The reasonable value of the firearms provided by Plaintiff to Defendant AcuSport is $723,009.06.

WHEREFORE, Plaintiff demands judgment as follows:

As to Count One, entry of judgment in favor of Plaintiff and against Defendant AcuSport in the amount of $723,009.06, plus interest at a rate of one and one half percent (1½ %) per month on the overdue invoices and interest at a rate of two percent (2%) per month on the overdue invoices for Purchase Order #00243282 until paid in full;

As to Count Two, entry of judgment in favor of Plaintiff and against Defendant AcuSport in the amount of $723,009.06, plus interest at a rate of one and one half percent (1½ %) per month on the overdue invoices and interest at a rate of two percent (2%) per month on the overdue invoices for Purchase Order #00243282 until paid in full;

As to Count Three, entry of judgment in favor of Plaintiff and against Defendant AcuSport for the reasonable value of the firearms provided to Defendant; and

As to all Counts, entry of judgment in favor of Plaintiff and against Defendant AcuSport for court costs, and any and all other relief, whether legal or equitable to which Plaintiff may be entitled.

Respectfully submitted,

/s/ William D. Kloss, Jr.
William D. Kloss, Jr. (0040854) – Trial Attorney
Brenda K. Bowers (0046799)
**VORYS, SATER, SEYMOUR AND PEASE LLP**
52 East Gay Street
P.O. Box 1008
Columbus, OH  43216-1008
Telephone:  (614) 464-6290
Facsimile:  (614) 719-5001
E-Mail:  wdklossjr@vorys.com
E-Mail:  bkbowers@vorys.com

Attorneys for Plaintiff, Colt's Manufacturing Company LLC