**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**COLT'S MANUFACTURING COMPANY LLC,**

    **Plaintiff,**

  v.

**ACUSPORT CORPORATION,**

    **Defendant.**

**Case No. 2:18-cv-247
Judge Sarah D. Morrison
Magistrate Judge Chelsey M. Vascura**

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Colt's Manufacturing Company LLC hereby voluntarily dismisses this action without prejudice.

Respectfully submitted,

/s/ William D. Kloss, Jr.
William D. Kloss, Jr., Trial Attorney (0040854)
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216-1008
Telephone: (614) 464-6290
Facsimile: (614) 719-5001
E-Mail: wdklossjr@vorys.com
E-Mail: bkbowers@vorys.com
*Attorneys for Plaintiff,*
*Colt's Manufacturing Company LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of this *Notice of Voluntary Dismissal without Prejudice* was served on April 15, 2020 via regular U.S. Mail, postage prepaid, upon the following:

Thomas R. Allen
Allen Stovall Neuman Fisher & Ashton LLP
17 South High Street
Suite 1220
Columbus, OH  43215
*Counsel for AcuSport Corporation n/k/a ASPC Corp.*

and

Jason J. DeJonker
Bryan Cave Leighton Paisner LLP
161 North Clark Street, Suite 4300
Chicago, IL  60601
*Counsel for AcuSport Corporation n/k/a ASPC Corp.*

/s/ William D. Kloss, Jr.
William D. Kloss, Jr., Trial Attorney (0040854)